[No. 13019-0-II.   Division Two.   September 4, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. SCOTT LEE RIEDL, *Appellant.*

Appeal from a judgment of the Superior Court for Clallam County, No. 2394, Gary W. Velie, J., entered June 16, 1989. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Alexander, C.J., and Worswick, J.

[No. 12958-2-II.   Division Two.   September 4, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. EDWARD L. DANZER, *Appellant.*

Appeal from a judgment of the Superior Court for Cowlitz County, No. 88-1-00341-3, Alan R. Hallowell, J., entered May 22, 1989. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Alexander, C.J., and Worswick, J.

[No. 12796-2-II.   Division Two.   September 4, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. DOUGLAS LLOYD JOHNSON, *Appellant.*

Appeal from a judgment of the Superior Court for Clark County, No. 89-1-00025-3, Barbara D. Johnson, J., entered April 20, 1989. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Petrich, A.C.J., and Worswick, J.